UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:03-CR-255 |
| vs. | ) | |
| | ) | JUDGE EDGAR |
| JUDSON STEPHENSON | ) | MAGISTRATE JUDGE LEE |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant, JUDSON STEPHENSON, on the indictment returned by the Grand Jury was held before the undersigned on August 30, 2005.

Those present for the hearing included:

(1) AUSA Robert Anderson for the USA.
(2) The defendant, JUDSON STEPHENSON.
(3) Attorney Rita LaLumia of Federal Defender Services of Eastern Tennessee for defendant. CJA Panel Trainee, attorney Steven Gregory Moore, was also present for defendant.
(4) Deputy Clerk Russell Eslinger.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution.

The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment and acknowledged having the opportunity of reviewing the indictment with counsel.

The defendant waived a formal reading of the indictment in open court. The defendant entered a not guilty plea to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE